834

No. 373, Misc. FREDERICKSEN v. DICKSON, ACTING WARDEN. Supreme Court of Nebraska. Jones, Warden, substituted as the party respondent. Certiorari denied.

No. 409, Misc. MORRISON v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Department. Certiorari denied.

No. 412, Misc. VIRGIN v. UNITED STATES. C. C. A. 4th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Oscar H. Davis* for the United States.

No. 416, Misc. MONTGOMERY ET AL. v. UNITED STATES. C. C. A. 8th. Certiorari denied. *Donald H. Latshaw* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 426, Misc. MILLER v. BROWNING STEAMSHIP Co. C. C. A. 2d. Certiorari denied. *Thomas C. Burke* for petitioner. *Sparkman D. Foster* and *Laurence E. Coffey* for respondent.

No. 477, Misc. WATKINS v. INDIANA. Criminal Court of Lake County, Indiana. Certiorari denied.

No. 543, Misc. IN RE ADAMSON. C. C. A. 9th. Certiorari denied. The application for a stay of execution is also denied. *Morris Lavine* for petitioner.